1  John T. Gilbert, #004555
   Thomas V. Rawles, #004425
2  **ALVAREZ & GILBERT, PLLC**
   Northsight Financial Center
3  14500 N. Northsight Blvd., Suite 216
4  Scottsdale, Arizona 85260
   (602) 263-0203 (phone)
5  (480) 686-8708 (facsimile)
6  jgilbert@alvarez-gilbert.com
   trawles@alvarez-gilbert.com
7

8  Jerry S. McDevitt  (*pro hac vice* to be filed)
9  Curtis B. Krasik  (*pro hac vice* to be filed)
   **K&L GATES, LLP**
10 K&L Gates Center
   210 Sixth Avenue
11 Pittsburgh, PA 15222
12 (412) 355-6500 (phone)
   (412) 355-6501 (facsimile)
13 jerry.mcdevitt@klgates.com
   curtis.krasik@klgates.com
14

15 Attorneys for Defendant
   World Wrestling Entertainment, Inc.
16

17                    **UNITED STATES DISTRICT COURT**

18                         **DISTRICT OF ARIZONA**

19 | Andrew Green and Staci Green, husband
   and wife,                                    | **Case No. 2-13-cv-00967 GMS**
20 |
   |                      Plaintiffs,
21 |                                              | **STIPULATION FOR EXTENSION OF**
   | v.                                           | **TIME FOR FILING RESPONSIVE**
22 |                                              | **PLEADING**
   | Paul D. Wight, Jr. a/k/a Big Show, an
23 | individual, World Wrestling Entertainment,
   | Inc., a foreign  corporation doing business  | **(FIRST REQUEST)**
24 | in Arizona, Does 1-30, XYZ Corporations
   | 1-30, and Black and White Partnerships 1-
25 | 30,
   |
26 |                      Defendants.
27
28

Pursuant to Rule 7.3(a), LRCiv, Plaintiffs and Defendant World Wrestling Entertainment, Inc. ("**WWE**"), through their respective counsel undersigned, respectfully move and stipulate that Defendant WWE shall have a thirty day extension of time, until June 17, 2013, in which to answer, move or otherwise plead in response to Plaintiffs' Complaint.

In response to the Court's Order dated May 10, 2013 (Dkt #5), the parties are currently scheduling a time and date to meet and confer. For that reason, and to allow lead counsel for both parties time to be admitted to the Arizona Federal Bar *pro hac vice* and, as well, to afford WWE adequate time to prepare responsive pleadings and/or motions following the meet and confer of counsel, the parties request the Court to grant WWE the extension of time requested above.

No other named Defendant has yet entered an appearance in this or the prior state court action. A proposed form of Order Extending Time for Filing Responsive Pleading is submitted herewith. This represents the first request for an extension of time to respond to the Plaintiffs' suit.

DATED this 15th day of May, 2013.

MUELLER LAW GROUP, P.A.


By: */s/ George E. Mueller (with permission)*
George E. Mueller
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016


BERNSTEIN CHERNEY, LP
Hartley Bernstein
777 Third Avenue
New York, New York 10017
Attorneys for Plaintiffs

ALVAREZ & GILBERT, PLLC


By: */s/ John T. Gilbert*
  John T. Gilbert, #004555
  Thomas V. Rawles, #004425
  Northsight Financial Center
  14500 N. Northsight Blvd., Suite 216
  Scottsdale, Arizona 85260

K&L GATES, LLP
Jerry S. McDevitt  (*pro hac vice* to be filed)
Curtis B. Krasik  (*pro hac vice* to be filed)
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Attorneys for Defendant WWE

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2013, I electronically transmitted the foregoing

Stipulation for Extension of Time for Filing of Responsive Pleading to the Clerk's Office

of the United States District Court for the District of Arizona, using the CM/ECF System

for filing and transmittal of a Notice of Electronic filing to the following recipient:

George E. Mueller
MUELLER LAW GROUP, P.A.
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016
Email: mschaefer@muellerlawgroup.com

Hartley Bernstein
BERNSTEIN CHERNEY, LLP
777 Third Avenue
New York, NY 10017
Email: hbernstein@bernsteincherney.com

By */s/ Diane Ashworth*