Edward M. Brennan, (*pro hac vice* to be filed)
Paul D. Sullivan, (*pro hac vice* to be filed)
Paul Wight, pro se
Law Offices of Edward M. Brennan
505 East Jackson St., Suite 200
Tampa, Florida 33602
(813) 224-9141(Phone)
(813) 224-9147(Facsimile)
Ebrennan@edbrennanlaw.com
Psullivan@lhsblaw.com

Attorneys for Defendant
Paul D. Wight a/k/a "Big Show"

## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANDREW GREEN and STACI GREEN, Husband and wife, | |
| Plaintiffs, | Case No.: 2:13-cv-00967-GMS |
| vs. | |
| PAUL D. WIGHT a/k/a "BIG SHOW", an Individual, WORLD WRESTLING ENTERTAINMENT, INC., a foreign corporation doing business in Arizona, DOES 1-30, XYZ CORPORATIONS 1-30, and BLACK AND WHITE PARTNERSHIPS 1-30, | **NOTICE OF CONSENT FOR REMOVAL** |
| Defendants. | |

***PLEASE TAKE NOTICE*** that, pursuant to 28 U.S.C. §1441 and §1446, Defendant Paul Wight, a/k/a Big Show ("Wight") does hereby file this **CONSENT FOR REMOVAL** of the above captioned case from the Superior Court of the State of Arizona in and for the County of Maricopa (the "**Superior Court**")(Case No. CV 2013-003255) to the United States District Court for the District of Arizona. Defendant Wight adopts and incorporates the arguments advanced in Defendant World Wrestling Entertainment, Inc.'s ("WWE") Notice of Removal filed May 9, 2013. Wight was served

with the Initial Complaint in the State Court Action on June 26, 2013 accordingly this Consent for Removal is timely pursuant to 28 U.S.C §1446 (2)(A), (B).

RESPECTFULLY SUBMITTED, this 8 day of July, 2013.

Paul Wight, pro se

By: /s/ Paul Wight

c/o
Edward M. Brennan, Esquire
(*pro hac vice* pending)
Paul M. Sullivan, Esquire
(*pro hac vice* pending)
Law Office of Edward M. Brennan, P.A.
505 East Jackson Street
Suite 200
Tampa, FL. 33602
(813) 224-9141 (phone)
(813) 224-9147 (facsimile)
ebrennan@edbrennanlaw.com
psullivan@lhsblaw.com
cgay@lhsblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 8 2013 I hereby filed and electronically transmitted the foregoing Notice of Consent for Removal by Defendant Paul Wight a/k/a Big Show to the Clerk's Office of the United States District Court for the District of Arizona, using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following recipients:

George E. Mueller
Mueller Law Group, P.A.
2141 East Camelback Road, Suite 100
Phoenix, Az 85016
Email: mschaefer@muellerlawgroup.com

Hartley Bernstein
Bernstein Cherney, LLP
777 Third Ave.
New York, N.Y. 10017

```
 1              Email: hbernstein@bernsteincherney.com
 2
 3              Jerry McDevitt
 4              Curtis Krasik
 5              K&L Gates, LLP
 6              K&L Gates Center
 7              210 Sixth Avenue
 8              Pittsburgh, PA 15222
 9              Email: jerry.mcdevitt@klgates.com
10                     curtis.krasik@klgates.com
11
12
13   _____
14   Paul Wight, pro se
15   c/o
16   Law Offices of Edward M. Brennan
17   505 East Jackson St., Suite 200
18   Tampa, Florida 33602
19   (813) 224-9141(Phone)
20   (813) 224-9147(Facsimile)
21   Ebrennan@edbrennanlaw.com
22   Psullivan@lhsblaw.com
23
```